UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROMOND HENRY                                              CIVIL ACTION

VERSUS                                                    NO. 12-0686

ORLEANS PARISH SHERIFF                                    SECTION "I" (4)
MARLIN GUSMAN

**O R D E R**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Romond Henry's 42 U.S.C. § 1983 claims against the defendant Orleans Parish Sheriff Marlin Gusman are **DISMISSED WITH PREJUDICE** as frivolous and otherwise fail to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this    20th    day of August, 2012.

    **LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**